IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME A. CLAY, JR.,

    Plaintiff,                                         2:13-cv-0338 KJM GGH PS

    vs.                                              <u>ORDER</u>

WELLS FARGO HOME MORTGAGE, N.A., et al.,

    Defendants.

_____/

        On April 19, 2013, plaintiff and defendant Wells Fargo Home Mortgage, N.A., ("Wells Fargo") filed a "request and order for dismissal." This stipulation signed by Clay and Wells Fargo, which states that these parties "hereby request that the above-entitled action be dismissed in its entirety with prejudice," is construed as a dismissal of the entire case and not just Wells Fargo. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), such a dismissal is self-executing and this action is dismissed.

        Accordingly, IT IS ORDERED that: The Clerk of the Court shall close this case.

DATED: May 29, 2013

                                             /s/ Gregory G. Hollows
                                             UNITED STATES MAGISTRATE JUDGE

GGH:076 - Clay0338.dis.wpd

1